UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY M. GROUX,

          Plaintiff,

   v.

CALIFORNIA PRISON INDUSTRY
AUTHORITY, et al.,

          Defendants.

No.  2:23-cv-2831 KJN P

ORDER

     Plaintiff filed a motion for extension of time to file the amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

     1.  Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

     2.  Plaintiff is granted fourteen days from the date of this order in which to file the amended complaint.

Dated:  March 4, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/grou2831.36