UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. GROUX,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,<br><br>  Defendants. | No. 2:23-cv-2831 KJN P<br><br>ORDER |

Plaintiff filed a second motion for a brief extension of time to file the amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted fourteen days from the date of this order in which to file the amended complaint.

Dated: March 29, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/grou2831.36b

1