UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. GROUX,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,<br><br>    Defendants. | No. 2:23-cv-2831 CSK P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a second amended complaint. Because a recent lockdown precluded plaintiff's access to the law library as well as to legal supplies, plaintiff seeks an additional sixty days to file the second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 19) is granted; and

2. Plaintiff shall file the second amended complaint on or before July 28, 2025. Plaintiff is cautioned that failure to timely file the second amended complaint will result in a recommendation that this action be dismissed.

Dated: May 29, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/grou2831.36

1