UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. GROUX,<br>Plaintiff,<br>v.<br>CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,<br>Defendants. | No. 2:23-cv-2831 DAD CSK P<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT FURTHER LEAVE TO AMEND</u><br><br>(Doc. No. 23) |

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action on December 5, 2023, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On March 10, 2026, the magistrate judge issued findings and recommendations recommending that plaintiff's second amended complaint be dismissed for failure to state any cognizable federal claim for relief. (Doc. No. 23 at 6–12.) As to plaintiff's potential state law claims, the magistrate judge recommended that the court decline to exercise supplemental jurisdiction over them if the recommendation that all of plaintiff's federal claims be dismissed was adopted. (*Id.* at 12–13.) Finally, the magistrate judge concluded that because plaintiff had been provided three opportunities to cure the noted pleading deficiencies, the granting of further leave to amend would be futile. (*Id.* at 13.)

The pending findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections thereto were to be filed within fourteen (14) days. (*Id.* at 14.) Plaintiff has not filed objections to the findings and recommendations and the time in which to do so has long since passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The March 10, 2026 findings and recommendations (Doc. No. 23), are adopted in full;
2. This action is dismissed without further leave to amend; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 4, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE